## NORTHHAMPTON COUNTY DRAINAGE DISTRICT NUMBER ONE v. BAILEY

No. 576A88.

Case below: 92 N.C. App. 68.

Petition by defendants pursuant to G.S. 7A-31 and Appellate Rule 16(b) for discretionary review as to additional issues allowed as to attorneys' fee issue only 4 January 1989. Notice of appeal as to constitutional question dismissed 4 January 1989.

## STATE v. BONNER

No. 486P88.

Case below: 91 N.C. App. 424.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 4 January 1989.

## STATE v. DILLINGHAM

No. 25P89.

Case below: 92 N.C. App. 596.

Petition by defendant for temporary stay allowed 19 January 1989 on condition appearance bond remains in full force and effect.

## STATE v. PARKS

No. 580A88.

Case below: 92 N.C. App. 181.

Petition by Attorney General for temporary stay allowed 21 December 1988.

## STATE v. STETSON

No. 24P89.

Case below: 92 N.C. App. 597.

Petition by defendant for writ of supersedeas and temporary stay denied 20 January 1989.